# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SUTHERLAND,<br><br>              Plaintiff,<br><br>   v.<br><br>JAMES A. YATES, et al.,<br><br>              Defendants.<br>_____ / | 1:09-cv-02152-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN NINETY DAYS<br><br>(Doc. 49.) |

On August 17, 2012, defendants Fernando, Jericoff, and Yates ("Defendants") filed a motion for summary judgment. (Doc. 49.) Plaintiff is required to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, within **ninety (90) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   September 18, 2012                  /s/ Gary S. Austin
                                             UNITED STATES MAGISTRATE JUDGE