UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SUTHERLAND,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants. | 1:09-cv-02152-LJO-GSA-PC<br><br>ORDER STRIKING RESPONSE FOR LACK OF SIGNATURE<br>(Doc. 97.) |

   William Sutherland ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2014, Plaintiff filed a Response to the court's order of February 21, 2014, in which Plaintiff requested a 60-day stay of this action. (Doc. 35.) The Response is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's Response, filed on March 28, 2014 is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

   Dated:  **April 3, 2014**              **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] When a document is stricken, it becomes a nullity and is not considered by the court for any purpose.