# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SUTHERLAND,<br><br>            Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICERS<br>A. FERNANDO AND M. JERICOFF,<br><br>            Defendants. | 1:09-cv-02152-LJO-GSA-PC<br><br>**ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING**<br>  **(Note time change on Nov 21)**<br><br>**From:  November 20, 2014 at 8:30 a.m.**<br><br>**To:**     **November 21, 2014 at 8:15 a.m.**<br>         **Courtroom 4 (LJO)** |

## PLEASE TAKE NOTICE

This case is currently scheduled for a telephonic trial confirmation hearing before Judge Lawrence J. O'Neill on November 20, 2014 at 8:30 a.m. in Courtroom 4.  Due to a change in schedule, the hearing shall be continued to November 21, 2014 at 8:15 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1.     The telephonic trial confirmation hearing scheduled for November 20, 2014 at 8:30 a.m. in this action is CONTINUED TO:

<u>**November 21, 2014 at 8:15 a.m.**</u>

<u>**Before Judge Lawrence J. O'Neill**</u>

<u>**In Courtroom 4**</u>

and

1

2.     The parties are advised to refer back to the court's second scheduling order of August 26, 2014 for instruction and information regarding preparation for the hearing.  (Doc. 101.)

IT IS SO ORDERED.

Dated:   **September 29, 2014**              **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

2