UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SUTHERLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICERS A. FERNANDO AND J. JERICOFF,<br><br>    Defendants. | 1:09-cv-02152-LJO-GSA-PC<br><br>ORDER FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL OF SEPTEMBER 24, 2014<br>(Doc. 104.)<br><br>DEADLINE: <u>OCTOBER 15, 2014</u> |

    William Sutherland ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on the First Amended Complaint filed by Plaintiff on December 6, 2010, against defendants Correctional Officers (C/O) A. Fernando and M. Jericoff for use of excessive force in violation of the Eighth Amendment, and related state claims.[1] (Doc. 15.) This case is scheduled for a telephonic pretrial conference on November 20, 2014, and jury trial on January 6, 2015.

---

[1] On June 16, 2011, the Court dismissed defendant Lieutenant R. Lantz from this action based on Plaintiff's failure to state a claim against him under § 1983. (Doc. 20.) Plaintiff's claims for conspiracy, due process violations, and violations of the Penal Code were also dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983. (Id.) On February 20, 2014, the Court issued an order granting in part Defendants' motion for summary judgment of August 17, 2012, granting summary judgment in favor of Defendant Yates. (Doc. 94.) The Court declined to exercise supplemental jurisdiction over Plaintiff's state law claim of negligent hiring. (Id. at 2 ¶4.)

On September 24, 2014, Plaintiff filed a motion to compel Defendants to facilitate his viewing of video evidence granted during discovery. (Doc. 104.) Ordinarily, Defendants' response to Plaintiff's motion is due within twenty-one days after the date of service of the motion. Local Rule 230(*l*). However, in light of the approach of the pretrial conference for this action, Defendants' response time shall be shortened by the court, and Defendants shall be required to file a response to Plaintiff's motion by October 15, 2014. Plaintiff's reply, if any, shall be filed within seven (7) days of the date of filing of Defendants' response.

Accordingly, IT IS HEREBY ORDERED that:

1. **On or before October 15, 2014**, Defendants are required to file a response to Plaintiff's motion to compel of September 24, 2014; and

2. Plaintiff's reply to Defendants' response, if any, is due **within seven (7) days** of the date of filing of Defendants' response.

IT IS SO ORDERED.

Dated:   **September 29, 2014**                    **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE