UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SUTHERLAND,<br><br>            Plaintiff,<br><br>      vs.<br><br>CORRECTIONAL OFFICERS A. FERNANDO AND J. JERICOFF,<br><br>            Defendants. | 1:09-cv-02152-LJO-GSA-PC<br><br>NOTICE OF TELEPHONIC STATUS HEARING BEFORE MAGISTRATE JUDGE GARY S. AUSTIN<br><br>**December 11, 2014 at 10:00 a.m.**<br>**in Courtroom 10 (GSA)** |

**PLEASE TAKE NOTICE**

This case is presently set for trial on January 6, 2015, before District Judge Lawrence J. O'Neill. It appears that consent to U.S. Magistrate Judge Gary S. Austin by the parties is forthcoming, therefore a telephonic status hearing is now being set before Judge Austin on **December 11, 2014, at 10:00 a.m. in Courtroom 10 (GSA).** Defense counsel shall arrange for Plaintiff to participate in the hearing and initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

   Dated:   **November 24, 2014**                        **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE