UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SUTHERLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICERS A. FERNANDO AND J. JERICOFF,<br><br>    Defendants. | 1:09-cv-02152-LJO-GSA-PC<br><br>ORDER APPROVING STIPULATION FOR THE ATTENDANCE OF INCARCERATED WITNESSES AT TRIAL<br>(Doc. 127.)<br><br>Trial:        January 6, 2015 at 8:30 a.m.<br>Courtroom:   4<br>Judge:        Lawrence J. O'Neill |

This civil rights action, brought pursuant to 42 U.S.C. § 1983, proceeds on the First Amended Complaint filed by state prisoner William Sutherland ("Plaintiff") on December 6, 2010, against defendants Correctional Officers (C/O) A. Fernando and J. Jericoff ("Defendants"), for use of excessive force against Plaintiff, in violation of the Eighth Amendment, and for battery under state law. (Doc. 15.) This case is presently set for trial on January 6, 2015, before District Judge Lawrence J. O'Neill.

On December 2, 2014, a stipulation for the attendance at trial of three inmate witnesses was filed with the court, containing the signatures of Plaintiff and Counsel for Defendants. (Doc. 130.) After consideration of the stipulation, the court hereby approves the stipulation as set forth.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for the attendance at trial of three inmate witnesses, Andrew Hodgins (P-82664), James Suknaich (V-85496), and Alfredo Moreno (J-34602), is APPROVED as set forth; and

2. The court shall issue separate orders and writs compelling the attendance of the three inmate witnesses at trial.

IT IS SO ORDERED.

Dated:   **December 3, 2014**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE