FILED

JAN 6 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SUTHERLAND<br><br>Plaintiff,<br><br>v.<br><br>A. FERNANDO AND M. JERICOFF, et.al.,<br><br>Defendants. | Case No. 1:09-cv-02152-SAB (PC)<br><br>ORDER THAT INMATE JAMES SUKNAICH IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A jury trial in this matter commenced on January 6, 2015, and inmate James Suknaich, CDCR No. V-85496 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: January 6, 2015

_____
UNITED STATES MAGISTRATE JUDGE

1