

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM SUTHERLAND | Case No. 1:09-cv-02152-SAB (PC) |
|---|---|
| Plaintiff, | ORDER THAT INMATE ANDREW HODGINS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. FERNANDO AND M. JERICOFF, et.al., | |
| Defendants. | |

A jury trial in this matter commenced on January 6, 2015, and inmate Andrew Hodgins, CDCR No. P-82664 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: January 6, 2015

UNITED STATES MAGISTRATE JUDGE

1