

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

WILLIAM SUTHERLAND,

        Plaintiff,

vs.

A. FERNANDO and M. JERICOFF,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:09-cv-02152-SAB (PC)

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS A. FERNANDO and M. JERICOFF and against PLAINTIFF WILLIAM SUTHERLAND on all claims.

DATED:  January 7, 2015

MARIANNE MATHERLY, Clerk

By: _____
       Deputy Clerk